# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Maria Ortiz

v.

Equifax Information Services, Inc. & Unifund, Inc.

07CV 6733
JUDGE GETTLEMAN
MAGISTRATE JUDGE COLE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Maria Ortiz

**FILED**
NOV 3 0 2007
NR

| | |
|---|---|
| NAME (Type or print)<br>Larry P. Smith | MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

SIGNATURE (Use electronic signature if the appearance form is filed electronically)

FIRM
Larry P. Smith & Associates, Ltd.

STREET ADDRESS
205 N. Michigan Ave. Suite 4000

CITY/STATE/ZIP
Chicago, IL 60601

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6217162 | TELEPHONE NUMBER<br>312-222-9028 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐