# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted [leave] to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

07CV 6733
JUDGE GETTLEMAN
MAGISTRATE JUDGE COLE

In the Matter of

Maria Ortiz

v.

Equifax Information Services, Inc. & Unifund, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Maria Ortiz

FILED
NOV 30 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| Field | Value |
|---|---|
| NAME (Type or print) | Alyssa H. Blackwell |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ ABlackwell |
| FIRM | Larry P. Smith & Associates, Ltd. |
| STREET ADDRESS | 205 N. Michigan Ave. Suite 4000 |
| CITY/STATE/ZIP | Chicago, IL 60601 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 6282438 |
| TELEPHONE NUMBER | 312-222-9028 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐