IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARIA ORTIZ, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 07CV6733 |
| | ) | |
| vs. | ) | |
| | ) | Judge Gettleman |
| EQUIFAX INFORMATION SERVICES, INC., | ) | |
| UNIFUND, INC., | ) | Magistrate Judge Cole |
| | ) | |
| Defendants. | ) | |

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S**
**LOCAL RULE 3.2 STATEMENT**

COMES NOW Equifax Information Services LLC (incorrectly sued as "Equifax Information Services, Inc.") ("Equifax"), by counsel, and hereby files its Local Rule 3.2 Disclosure Statement as follows:

Equifax Inc., which is the parent company of the defendant, is publicly traded on the New York Stock Exchange.

Respectfully submitted,

EQUIFAX INFORMATION SERVICES LLC

By:   /s/  Keasha Ann Broussard
     One of their Attorneys

John J. Curry, Jr.
Carina M. Segalini
POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
180 N. Stetson Avenue, Suite 4525
Chicago, Illinois 60601
Telephone:  (312) 819-1900
Facsimile:  (312) 819-1910

US1900 9157392.1

K. Ann Broussard
KING & SPALDING LLP
1180 Peachtree Street N.E.
Atlanta, Georgia  30309-3521
Telephone: (404) 572-4600
Facsimile:  (404) 572-5100
Email:  ABroussard@KSLaw.com

## **CERTIFICATE OF SERVICE**

The undersigned, being first duly sworn on oath, deposes and says that the foregoing **DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S L.R. 3.2 STATEMENT** was served upon the following named parties or counsel of record:

Larry P. Smith, Esq.
LARRY P. SMITH & ASSOCIATES, LTD.
205 North Michigan Avenue, 40th Floor
Chicago, IL 60601
*Attorney for Plaintiff*

by the Court's CM/ECF system on February 15, 2008.

                                              /s/ Keasha Ann Broussard