# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                         Case Number: 07 CV 6733
MARIA ORTIZ v.

EQUIFAX INFORMATION SERVICES, INC. and UNIFUND
CCR , INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Unifund CCR Partners (incorrectly sued as Unifund, Inc.)

| | |
|---|---|
| **NAME (Type or print)**<br>Joseph P. Kincaid | |
| **SIGNATURE (Use electronic signature if the appearance form is filed electronically)**<br>s/ Joseph P. Kincaid | |
| **FIRM**<br>SWANSON, MARTIN & BELL, LLP | |
| **STREET ADDRESS**<br>330 N. WABASH, SUITE 3300 | |
| **CITY/STATE/ZIP**<br>CHICAGO, IL   60611 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>6202639 | **TELEPHONE NUMBER**<br>(312) 321-8442 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |

| | |
|---|---|
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑    NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐