U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>MARIA ORTIZ v.<br><br>EQUIFAX INFORMATION SERVICES, INC. and UNIFUND CCR, INC. | Case Number: 07 CV 6733 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Unifund CCR Partners (incorrectly sued as Unifund, Inc.)

| |
|---|
| NAME (Type or print)<br>Kathleen A. Kelley |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Kathleen A. Kelley |
| FIRM<br>SWANSON, MARTIN & BELL, LLP |
| STREET ADDRESS<br>330 N. WABASH, SUITE 3300 |
| CITY/STATE/ZIP<br>CHICAGO, IL 60611 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6288296 | TELEPHONE NUMBER<br>(312) 222-8524 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐