IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIA ORTIZ, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>EQUIFAX INFORMATION SERVICES, INC. and )<br>UNIFUND, INC., )<br>)<br>Defendants. ) | 07 CV 6733<br>JUDGE GETTLEMAN<br>MAGISTRATE JUDGE COLE |

## NOTICE OF FILING

TO:   LARRY P. SMITH & ASSOCIATES, LTD.
205 N. Michigan Ave., 40th Floor
Chicago, IL 60601
Tele: (312) 222-9028 / Fax: (312) 602-3911
***Attorney for Plaintiff***

John J. Curry, Jr.
Carina M. Segalini
POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
180 N. Stetson Ave., Suite 4525
Chicago, IL 60601
Tele: (312) 819-1900 / Fax: (312) 819-1910
***Attorney for Defendant Equifax***

K. Ann Broussard
KING & SPAULDING LLP
1180 Peachtree St. N.E.
Atlanta, Georgia 30309-3521
Tele: (404) 572-4600 / Fax: (404) 572-5100
***Attorney for Defendant Equifax***

You are hereby notified that on **March 3, 2008,** I filed Unifund's Answer and Affirmative Defenses to the Plaintiff's Complaint through the court's electronic filing system, a copy of which is hereby served upon you.

/s/ Kathleen A. Kelley
One of the Attorneys for Defendant
Unifund CCR Partners

1

Joseph P. Kincaid – ARDC No. 6202639
Kathleen A. Kelley – ARDC No. 6288296
SWANSON, MARTIN & BELL, LLP
330 North Wabash Ave., Suite 3300
Chicago, Illinois 60611
Office: (312) 321-9100
Fax:     (312) 321-0990

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I caused a true and correct copy of the above and foregoing **Answer and Affirmative Defenses to the Plaintiff's Complaint** to be sent via e-filing and/or email to all attorneys of record (listed above), at or before 5:00 p.m. on March 3, 2008.

/s/ Kathleen A. Kelley