IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIA ORTIZ, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>EQUIFAX INFORMATION SERVICES, INC. and )<br>UNIFUND, INC., )<br>)<br>Defendants. ) | 07 CV 6733<br>JUDGE GETTLEMAN<br>MAGISTRATE JUDGE COLE |

### NOTICE OF FILING

TO:   LARRY P. SMITH & ASSOCIATES, LTD.
      205 N. Michigan Ave., 40th Floor
      Chicago, IL  60601
      Tele: (312) 222-9028 / Fax: (312) 602-3911
      ***Attorney for Plaintiff***

      John J. Curry, Jr.
      Carina M. Segalini
      POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
      180 N. Stetson Ave., Suite 4525
      Chicago, IL  60601
      Tele: (312) 819-1900 / Fax: (312) 819-1910
      ***Attorney for Defendant Equifax***

      K. Ann Broussard
      KING & SPAULDING LLP
      1180 Peachtree St. N.E.
      Atlanta, Georgia  30309-3521
      Tele: (404) 572-4600 / Fax: (404) 572-5100
      ***Attorney for Defendant Equifax***

You are hereby notified that on **March 3, 2008,** I filed Unifund's Answer and Affirmative Defenses to the Plaintiff's Complaint through the court's electronic filing system, a copy of which is hereby served upon you.

                                        /s/ Kathleen A. Kelley
                                        One of the Attorneys for Defendant
                                        Unifund CCR Partners

1

Joseph P. Kincaid – ARDC No. 6202639
Kathleen A. Kelley – ARDC No. 6288296
SWANSON, MARTIN & BELL, LLP
330 North Wabash Ave., Suite 3300
Chicago, Illinois 60611
Office: (312) 321-9100
Fax:    (312) 321-0990

## CERTIFICATE OF SERVICE

      I, the undersigned, do hereby certify that I caused a true and correct copy of the above and foregoing **Answer and Affirmative Defenses to the Plaintiff's Complaint** to be sent via e-filing and/or email to all attorneys of record (listed above), at or before 5:00 p.m. on March 3, 2008.

                                        /s/ Kathleen A. Kelley