IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARIA ORTIZ | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 07-CV-6733 |
| | ) | |
| EQUIFAX INFORMATION SERVICES, INC. and | ) | Judge Gettleman |
| UNIFUND, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## VOUNTARY MOTION TO DISMISS

NOW COMES the Plaintiff, MARIA ORTIZ, by and through his attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and hereby moves this Honorable Court to dismiss the Defendant, EQUIFAX INFORMATION SERVICES, INC., with prejudice and without costs to be paid to any party.

                                                Respectfully Submitted,
                                                **MARIA ORTIZ**


                                          By: _____/s Larry P. Smith_____
                                                   Attorney for Plaintiff

LARRY P. SMITH & ASSOCIATES, LTD
Attorneys for Plaintiff
205 N. Michigan Ave. 40th Floor
Chicago, Illinois 60601
Telephone: (312) 222-9028
Facsimile: (312) 602-3911