**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MARIA ORTIZ | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 07-CV-6733 |
| | ) | |
| EQUIFAX INFORMATION SERVICES, INC. and | ) | Judge Gettleman |
| UNIFUND, INC. | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

Ms. K. Ann Broussard
King & Spaulding
1180 Peachtree Street, NE
Atlanta, GA 30309
Email: abroussard@kslaw.com

    PLEASE TAKE NOTICE THAT On March 20, 2008, there was filed in the United States District Court for the Northern District of Illinois, a **Motion to Dismiss,** a copy of which is attached hereto and herewith served upon you.

| | |
|---|---|
| Name: | LARRY P. SMITH & ASSOCIATES, LTD. |
| Attorneys For: | Plaintiff |
| Address: | 205 N. Michigan Ave, Suite 4000 |
| City: | Chicago, Illinois 60601 |
| Telephone: | (312) 222-9028 |

**PROOF OF SERVICE**

    I, the undersigned, an attorney, certify that I served this notice by *e-mailing* a copy to the above named parties before 5:00 p.m. on March  20 , 2008 from 205 N. Michigan Avenue, Suite 4000, Chicago, Illinois 60601.

                                                           By: ____*/s Larry P. Smith*_____
                                                                 Attorney for Plaintiff