### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| MARIA ORTIZ | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 07-CV-6733 |
| | ) | |
| EQUIFAX INFORMATION SERVICES, INC. | ) | Judge Gettleman |
| and UNIFUND, INC. | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

Mr. Joseph P. Kincaid
Swanson, Martin & Bell LLP
330 N. Wabash, Suite 3300
Chicago, IL 60611
Email: jkincaid@smbtrials.com

PLEASE TAKE NOTICE THAT On May 13, 2008, there was filed in the United States District Court for the Northern District of Illinois, a **Motion to Dismiss,** a copy of which is attached hereto and herewith served upon you.

| | |
|---|---|
| Name: | LARRY P. SMITH & ASSOCIATES, LTD. |
| Attorneys For: | Plaintiff |
| Address: | 205 N. Michigan Ave, Suite 4000 |
| City: | Chicago, Illinois 60601 |
| Telephone: | (312) 222-9028 |

### PROOF OF SERVICE

I, the undersigned, an attorney, certify that I served this notice by *e-mailing* a copy to the above named parties before 5:00 p.m. on May __13__, 2008 from 205 N. Michigan Avenue, Suite 4000, Chicago, Illinois 60601.

By: _____*/s Larry P. Smith*_____
Attorney for Plaintiff