# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6733 | **DATE** | 5/22/2008 |
| **CASE TITLE** | Maria Ortiz   Vs   Unifund, Inc. | | |

**DOCKET ENTRY TEXT:**

Motion [14] is granted and defendant Equifax Information Services is dismissed with prejudice and without costs.   Motion [17] is granted and defendant Unifund, Inc. Is dismissed with prejudice and without costs.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|